UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

---

OSR ROTTERDAM BV,

                Plaintiff,

         v.                          Case No. 1:25-cv-00153

SADOT LATAM LLC and
SADOT GROUP INC,

                Defendants.

---

## **RESPONSE TO SHOW CAUSE ORDER**

Plaintiff OSR ROTTERDAM BV ("OSR"), by and through its undersigned attorneys, respectfully submits its response to this Honorable Court's Order dated August 13, 2025 requiring OSR to show cause why this matter should not be dismissed for lack of prosecution.

1. On April 14, 2025, OSR filed its Verified Complaint against Defendants, Sadot Latam LLC ("Sadot Latam") and Sadot Group, Inc. ("Sadot Group") (referred to collectively as "Sadot") for Breach of Maritime Contract and Rule B Maritime Attachment pursuant to the Federal Rules of Civil Procedure Supplemental Rules for Admiralty or Maritime Claims. *See* ECF No. 1.

2. On April 14, 2025, OSR filed its *Ex Parte* Motion for an Order (I) Directing the Clerk to Issue a Writ of Maritime Attachment and Garnishment, (II) Appointing a Special Process Server, (III) Deeming Service Continuous, (IV) Authorizing Supplemental Service by Email, and (V) Granting Leave to Serve Later-Identified Garnishees. *See* ECF No. 2-4.

3. On April 23, 2025, this Honorable Court granted OSR's Motion and issued an Order granting the relief requested in its Motion and issued the Process of Maritime Attachment and Garnishment for service on the Garnishee. *See* ECF No. 7.

4. On May 22, 2025, OSR served the Garnishee, Citizens Financial Group, Inc., including in its service, the Order, Process of Maritime Attachment and Garnishment, Verification, Verified Complaint, as well as Interrogatories served to the Garnishee pursuant to Rule B. *See* ECF No. 9.

5. On August 6, 2025, the Garnishee, Citizens Financial Group, Inc., sent a set of records including bank records, but OSR has not yet received the Garnishee's Answers to Interrogatories. The set of records produced reflects that Sadot Latam LLC has an active commercial checking account ending in 450-1 with the Garnishee, Citizens Financial Group., which as of July 31, 2025 showed a balance of $270,457.71.

6. The Rule B attachment process is founded upon the defendants not being in the district and is designed to bring them in by attaching their property—*quasi in rem*.

7. Since Rule B requires initial service only on the Garnishee, here Citizens Financial Group, that was completed first in order to avoid the risk of Sadot withdrawing their property before the Garnishee responds. OSR is still awaiting receipt of the Garnishee's Answers to Interrogatories.

8. On August 19, 2025, OSR's counsel sent Sadot Latam and Sadot Group notice of the Verified Complaint, Court Order, and Process of Maritime Attachment and Garnishment, which have been sent for formal service to Sadot Latam and Sadot Group as well.

9. Good cause exists to keep this case on the docket because OSR has properly attached Sadot's funds held by Garnishee, Citizens Financial Group., including funds held in Sadot Latam LLC's active commercial checking account noted above, thereby establishing quasi-in-rem jurisdiction.

Plaintiff, OSR ROTTERDAM BV
By its Attorneys:

*/s/ Kirby L. Aarsheim*
Kirby L. Aarsheim (Bar No.: 8368)
Farrell Smith O'Connell
Aarsheim Aprans LLP
106 Francis Street, Suite B2
Providence, Rhode Island 02903
508-989-1821 (Tel)
kaarsheim@fsofirm.com

and

*/s/ Robert E. O'Connor*
Robert E. O'Connor (*pro hac vice* to be filed)
MONTGOMERY MCCRACKEN
WALKER & RHOADS LLP
437 Madison Avenue
New York, NY 10022
Tel.:        (212) 867-9500
Email:    roconnor@mmwr.com

**CERTIFICATE OF SERVICE**

I certify that on August 19, 2025, I filed the above document via the Electronic Case Filing System, through which a copy will be electronically delivered to all attorneys who are listed as registered participants in connection with this case.

*"/s/ Kirby L. Aarsheim"*
Kirby L. Aarsheim