UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

---

OSR ROTTERDAM BV,

    Plaintiff,

    v.        Case No. 1:25-cv-00153-MRD-PAS

SADOT LATAM LLC and
SADOT GROUP INC,

    Defendants.

---

## **CERTIFICATION**

Pursuant to Local Civil Rule 55(b) and 28 U.S.C. § 1746, I, Robert E. O'Connor, hereby certify as follows:

1. This *Certification* is made upon personal knowledge unless noted otherwise.

2. I am a duly licensed attorney admitted in New York.

3. I am counsel for plaintiff OSR ROTTERDAM BV ("OSR") in the above-captioned matter.

4. I make this *Certification* in support of OSR's *Motion for Default Judgment* [Docket No. 13].

5. Defendant SADOT LATAM LLC ("Sadot Latam") is a Delaware business entity and SADOT GROUP INC ("Sadot Group") is a Nevada business entity [Docket No. 1 at ¶¶ 6 and 7], and therefore they are not persons in the military service of the United States as defined by the Servicemembers Civil Relief Act of 2003, as amended, nor are they minor or incompetent persons.

6.	On February 10, 2026, pursuant to Local Rule 55(b)(2), notice of the *Motion for Default Judgment and Disbursement Order* [Docket No. 13] was sent to Sadot Latam and Sadot Group by certified mail with return receipt and email [*See* Exhibit A – Notices].

7.	The return receipts show OSR's attempts of service and proof of delivery. *See* Exhibit A.

I, Robert E. O'Connor, certify under penalty of perjury that the foregoing is true and correct.

Executed:	March 4, 2026
New York, New York

*/s/ Robert E. O'Connor*
Robert E. O'Connor

## **CERTIFICATE OF SERVICE**

I certify that on March 4, 2026, I filed the above document via the Electronic Case Filing System, through which a copy will be electronically delivered to all attorneys who are listed as registered participants in connection with this case.

*/s/ Kirby L. Aarsheim*
Kirby L. Aarsheim
