# **EXHIBIT A**
# **NOTICES**

Return Receipt (Form 3811) Barcode

9590 9266 9904 2132 3872 62

1. Article Addressed to:

SADOT GROUP INC.
112 North Curry Street
Carson City, NV 89703

2. Certified Mail (Form 3800) Article Number

9414 7266 9904 2132 3872 69

PS Form 3811, Facsimile, July 2015

COMPLETE THIS SECTION ON DELIVERY

A. Signature
X  Kris for CSC
☐ Agent
☐ Addressee

B. Received by (Printed Name)   C. Date of Delivery

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below:    ☐ No

3. Service Type:
☒ Certified Mail
☐ Certified Mail Restricted Delivery

Reference Information
14828.00012.07803 - Motion for Default Judgment

Domestic Return Receipt

USPS TRACKING #



9590 9266 9904 2132 3872 62

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

**United States Postal Service®**

● Sender: Please print your name, address and ZIP+4® below ●

Robert E. O'Connor
Montgomery McCracken
437 Madison Avenue
23rd Floor
New York, NY 10022

Return Receipt (Form 3811) Barcode

9590 9266 9904 2132 3871 18

1. Article Addressed to:

SADOT LATAM LLC
251 Little Falls Drive
Wilmington, DE 19808

2. Certified Mail (Form 3800) Article Number

9414 7266 9904 2132 3871 15

PS Form 3811, Facsimile, July 2015

COMPLETE THIS SECTION ON DELIVERY

A. Signature
X
☐ Agent
☐ Addressee

B. Received by (Printed Name)   C. Date of Delivery

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below:   ☐ No

[MARSHALLTON POST OFFICE FEB 12 2026 stamp]

3. Service Type:
☒ Certified Mail
☐ Certified Mail Restricted Delivery

Reference Information
14828.00012.07803 - Motion for Default Judgment

Domestic Return Receipt



Robert E. O'Connor
Montgomery McCracken
437 Madison Avenue
23rd Floor
New York, NY 10022

**MONTGOMERY, McCRACKEN, WALKER & RHOADS, LLP**
437 MADISON AVENUE
NEW YORK, NY 10022

TO:

SADOT LATAM LLC
1751 River Run
Suite 200
Fort Worth, TX 76107

NIXIE 731 CE 1850 0102/26/26
RETURN TO SENDER
ATTEMPTED NOT KNOWN
UNABLE TO FORWARD





quadient
FIRST-CLASS MAIL
IMI
$011.87
02/10/2026 ZIP 10022
043M302565516
US POSTAGE






MONTGOMERY, McCRACKEN, WALKER & RHOADS, LLP
437 MADISON AVENUE
NEW YORK, NY 10022

TO:
SADOT GROUP INC.
1751 River Run
Suite 200
Forth Worth, TX 76107





quadient
FIRST-CLASS MAIL
IMI
$011.87
02/10/2026 ZIP 10022
043M30256516

US POSTAGE

NIXIE  731  CO 18CU  0102/23/26
RETURN TO SENDER
ATTEMPTED - NOT KNOWN
UNABLE TO FORWARD
BC: 10022700199   2266N054165-00058



**RETURN RECEIPT REQUESTED**
**USPS® MAIL CARRIER**
**DETACH ALONG PERFORATION**

Thank you for using Return Receipt Service

1. Article Addressed to:

SADOT GROUP INC.
1751 River Run
Suite 200
Forth Worth, TX 76107

Return Receipt (Form 3811) Barcode

9590 9266 9904 2132 3872 55

2. Certified Mail (Form 3800) Article Number

9414 7266 9904 2132 3872 52

PS Form 3811, Facsimile, July 2015

A. Signature
☐ Agent
☐ Addressee
X

B. Received by (Printed Name)    C. Date of Delivery

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

COMPLETE THIS SECTION ON DELIVERY

3. Service Type:
☒ Certified Mail
☐ Certified Mail Restricted Delivery

Reference Information
14828.00012.07803

Domestic Return Receipt

Thank you for using Return Receipt Service

PS|Ship Tracking Label
(affix to back of envelope)

CERT00089458

Park Ridge™  QUALITY PARK #41630