UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

OSR ROTTERDAM BV,

Plaintiff,

v. Case No. 1:25-cv-00153-MRD-PAS

SADOT LATAM LLC and
SADOT GROUP INC,

Defendants.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

**DEFAULT JUDGEMENT**

UPON READING plaintiff OSR ROTTERDAM BV's ("OSR") *Motion for Default Judgment and Disbursement Order* and finding that the conditions for entering a default judgment under Federal Rule of Civil Procedure 55 and Supplemental Rule for Admiralty or Maritime Claims B(2) appear to exist, it is hereby

ORDERED, ADJUDGED, and DECREED that judgment is entered in favor of OSR and against SADOT LATM LLC and SADOT GROUP INC in the amount of $264,691.78, without prejudice to OSR's right to claim and seek additional damages, fees, costs, and interest in any other forum having jurisdiction.

Dated: May 26, 2026

Melissa R. DuBose
United States District Judge